IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAMELA ALTMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 09-4437 |
| LIBERTY HELICOPTERS, INC., et al. | : | |

## ORDER

AND NOW, this 13th day of January, 2010, it is ordered as follows:

1. "Defendants United States Aviation Underwriters, Inc. and United States Aircraft Insurance Group's Motion to Dismiss Plaintiff's Amended Complaint" (docket no.17) is granted, and this action is dismissed for lack of subject matter jurisdiction. The motions to dismiss of defendants Allianz Global Risks U.S. Insurance Company (docket no. 18), Arch Insurance Company (docket no. 20), and American Eurocopter, LLC (docket no. 24), joining in the motion of United States Aviation Underwriters, Inc. and United States Aircraft Group's motion, are also granted.

2. The "Motion to Dismiss the Amended Complaint in Whole or in Part, or, in the Alternative, to Transfer Venue from the Eastern District of Pennsylvania to the District of New Jersey" (docket no. 19), filed by defendants Meridian Consulting I Corporation, Inc. and Liberty Helicopters, Inc., is dismissed as moot in light of the dismissal of the entire action for lack of subject matter jurisdiction.

3. "Plaintiff's Motion to Voluntarily Dismiss United States Aircraft Insurance Group (USAIG) Without Prejudice" (docket no. 36) is denied because USAIG is an indispensable party.

4. "Plaintiff's Motion for Leave to Amend Complaint" (docket no. 25) is denied because any amendment would be futile.

A memorandum accompanies this order.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.